**HTC CORPORATION and HTC America, Inc., Plaintiffs–Appellees,**

v.

**IPCOM GMBH & CO., KG, Defendant–Appellant.**

**No. 2012–1659.**

United States Court of Appeals, Federal Circuit.

Jan. 6, 2014.

---

Michael A. Oblon, Perkins Coie, LLP, of Washington, DC, argued for plaintiffs-appellees. With him on the brief were Jonathan M. James, Dan L. Bagatell, and Tyler R. Bowen, of Phoenix, AZ.

Mitchell G. Stockwell, Kilpatrick Townsend & Stockton, LLP, of Atlanta, GA, argued for defendant-appellant. With him on the brief were Geoffrey K. Gavin and David A. Reed. Of counsel was K. James Sangston.

DYK, O'MALLEY, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**